# UNITED STATES DISTRICT COURT
for the

Eastern District of New York ▼

| | | |
|---|---|---|
| Skyalise Valladares | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-06062 (NGG)(PK) |
| Atlantic 107 Chicken, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Atlantic 107 Chicken LLC d/b/a Popeyes Louisiana Kitchen.

Date: 11/07/2022

*Attorney's signature*

Hillary J. Raimondi (HR 0198)
*Printed name and bar number*
Traub Lieberman Straus & Shrewsberry LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

*Address*

hraimondi@tlsslaw.com
*E-mail address*

(914) 586-7061
*Telephone number*

(914) 347-8898
*FAX number*