# TRAUB LIEBERMAN

Mid-Westchester Executive Park | 7 Skyline Drive | Hawthorne, NY 10532
DIRECT (914) 586-7061 | MAIN (914) 347-2600 | FAX (914) 347-8898

Hillary J. Raimondi | Partner | hraimondi@tlsslaw.com

November 7, 2022

**VIA ECF and FACSIMILE**
**(718) 613-2546**

Hon. Nicholas G. Garaufis.
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East, Rm. 1217S
Brooklyn, New York 11201

    Re:    *Valladares v. Atlantic 107 Chicken LLC et al.*
              Case No.: 22-cv-06062 (NGG)(PK)

Dear Judge Garaufis:

    This firm has recently been retained to represent the Defendants in the above-referenced action. I write pursuant to Rule III (E) of Your Honor's Individual Rules to request that the Court set the deadline for Defendant Atlantic 107 Chicken LLC ("Atlantic") to answer or otherwise respond to the Complaint as December 16, 2022.

    The undersigned discovered the existence of the instant action this past Friday after a search of the docket was conducted once Atlantic became aware of the existence of a Dismissal and Notice of Rights from the EEOC. The Complaint was served on the corporate defendant through the New York Secretary of State, and has not yet been received. We have been in contact with Plaintiff's attorney, who has consented to a due date of December 16, 2022 for a response to the Complaint. This is the first such request.

    We thank the Court for its consideration of this request.

                  Respectfully Submitted,

                  Hillary J. Raimondi

cc: All Counsel of Record (via ECF)

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT
www.traublieberman.com     CALIFORNIA